ELMER FREUND v. CELLOFILM PROPERTIES, INC. AND HERCULES INCORPORATED.

December 21, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS PUGH.

January 8, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FAITH B. GARDINER.

January 14, 1985.

Petition for certification denied.

ISABELLE RICCIO v. PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY.

January 14, 1985.

Petition for certification granted. (See 195 *N.J.Super.* 167)